# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3600

_____

United States of America,      *
     *
         Appellee,      *    Appeal from the United States
     *    District Court for the Eastern
     v.      *    District of Missouri.
     *
Carlton Bass,      *       [UNPUBLISHED]
     *
         Appellant.      *

_____

Submitted:  June 15, 1999
Filed:  June 21, 1999

_____

Before BOWMAN, HEANEY, and FAGG, Circuit Judges.

_____

PER CURIAM.

Carlton Bass appeals his conviction and sentence for possession of cocaine with intent to distribute.  Bass contends the district court improperly admitted evidence of his earlier convictions.  Bass also contends the district court incorrectly considered two of Bass's earlier convictions as separate offenses to establish his career offender status. We conclude that an extended discussion of the issues presented by the appeal will serve no useful purpose.  We have carefully considered Bass's contentions and find them to be without merit.  We thus affirm Bass's conviction and sentence. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.